AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| MISSION PHARMACAL COMPANY<br><br>*Plaintiff*<br><br>v.<br><br>TRIGEN LABORATORIES, INC.<br><br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)  **SA10CA0112 FB**<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TRIGEN LABORATORIES, INC.
C/O Kevin Hudy
2400 Main Street, Suite 6
Sayreville, NJ 08872

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAUL PERLOFF
Fulbright & Jaworski LLP
300 Convent Street, Suite 2200
San Antonio, TX 78205
Tel. 210.224.5575

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 0 9 2010

*Diana Garcia*
*Signature of Clerk or Deputy Clerk*